UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ernestine Cotten**                    **Docket No. 7:23-CR-110-1FL**

### Petition for Action on Supervised Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ernestine Cotten, who, upon an earlier plea of guilty to Conspiracy to Participate in a Racketeering Enterprise, in violation of 18 U.S.C. § 1962(d), was sentenced by the Honorable William D. Quarles, Jr., U.S. District Judge for the District of Maryland, on December 8, 2010, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of three years.

Transfer of Jurisdiction to the Eastern District of North Carolina was filed on October 23, 2023, and the case was assigned to U.S. District Judge Louise W. Flanagan.

On August 5, 2025, a Revocation Hearing was held before Your Honor, the defendant was found in violation by the Court, and the Court revoked the term of supervised release. She was given a sentence of Time Served, and a new one-year period of supervised release was ordered.

Ernestine Cotten was released from custody on August 5, 2025, at which time the term of supervised release commenced.

At sentencing, the defendant was ordered to abide by mandatory, standard, and special conditions of supervised release. Pursuant to Section 5D1.4 of the Federal Sentencing Guidelines, the United States Probation Office has conducted an individualized assessment, taking the following factors into consideration: 18 U.S.C. §§ 3583(c) and (e)(2). Based on this assessment, it is recommended that the defendant be subject to the mandatory conditions that were imposed at sentencing, standard conditions, as referenced in the standing order for the District of Maryland on December 8, 2010, and the below special conditions, as well as any other conditions previously imposed by means of prior court action during the term of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. The defendant shall not leave the judicial district without the permission of the court or probation officer.
2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support his or her dependents and meet other family responsibilities.
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer ten days prior to any change in residence or employment.
7. The defendant shall refrain from excessive use of alcohol.

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall notify the probation officer within 72 hours of being charged with any offense, including a traffic offense.
13. The defendant shall not enter into any agreement to act as an informer special agent of a law enforcement agency without the permission of the court.
14. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**IT IS THE FURTHER ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS:**

1. The defendant shall participate in a program of intensive mental health treatment, as directed by the probation office.

2. The defendant shall satisfactorily participate in a vocational educational program as directed by the probation officer.

3. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

4. The defendant shall provide the probation office with access to any requested financial information.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Based on the individualized assessment of this case, it is respectfully recommended that the defendant comply with the above conditions.

On April 18, 2026, the defendant was charged with Threatening Phone Call and Assault with a Deadly Weapon (26CR286968-640), in New Hanover County, North Carolina. Based on conversations with the defendant and collaterals, we have concerns about the legitimacy of the charges moving forward. These matters remain pending.

The defendant signed a Waiver of Hearing acknowledging and agreeing to the standard and special conditions as outlined above.

**Ernestine Cotten**
**Docket No. 7:23-CR-110-1FL**
**Petition For Action**
**Page 3**

**PRAYING THAT THE COURT WILL ORDER** the defendant is continued under supervision and subject to the above listed conditions of supervision. To the extent that any of these conditions vary from those imposed at the time of sentencing, based on the individualized assessment conducted, these conditions replace those originally imposed. In consultation with the probation officer the court has conducted an individualized assessment and except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

/s/ Caroline M. O'Reilly
Caroline M. O'Reilly
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2030
Executed On: May 18, 2026

## ORDER OF THE COURT

Considered and ordered this _____28th_____ day of _____May_____, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge